No. 80–6243. HELLER ET AL. v. HANCOCK COUNTY CHILDREN SERVICES BOARD ET AL. Appeal from Sup Ct. Ohio dismissed for want of substantial federal question.

No. 80–6277. HARRIS v. FUERST. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 80–6341. THOMPSON v. KENTUCKY. Appeal from Cir. Ct. Ky., Kenton County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1851. HARRIS v. H. SCHULDT REEDEREI, 444 U. S. 839. Petition for rehearing granted and order of October 1, 1979, denying petition for writ of certiorari is vacated. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156.

No. 79–813. AMERICAN COMMERCIAL LINES, INC. v. GRIFFITH ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156.

No. 79–1625. SIERRA CLUB ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California* v. *Sierra Club, ante,* p. 287.

No. 80–26. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. v. FLOWERS ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United Parcel Service, Inc.* v. *Mitchell, ante,* p. 56.